JULIUS HASLER, Respondent, v. COURTLAND SMITH, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, because of defendant's exceptions at folios 114, 115. The admissions of Bradley after the collision, and when plaintiff had been bandaged, were not part of the res gestæ. (*Kay* v. *Metropolitan Street R. Co.*, 163 N. Y. 447; *Jankowski* v. *Borden's Condensed Milk Co.*, 176 App. Div. 453.) Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

In the Matter of the Application for the Judicial Settlement of the Accounts of HOMER C. BABCOCK, as Committee of the Person and Estate of EDWARD F. LANG, Deceased, an Incompetent Person, Respondent. HENRY F. LANG and Others, Appellants.— As the next of kin, including the moving party, were given notice of the application of the committee of the deceased incompetent for the judicial settlement of his accounts, the moving party has a standing to move the court for a stay of proceedings until the rights of the parties in the estate of the decedent shall have been finally settled as the result of the proceedings for the probate of the will in the Surrogate's Court, and the decision of the motion for a stay of the proceedings pending such final settlement of her rights affects a substantial right although resting in the discretion of the County Court. The order was, therefore, appealable, and we think that in the interest of justice the motion should have been granted. Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion granted. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

In the Matter of the Application of JOHN W. BLOCK, JR., Appellant, for Payment of Awards, etc., in Proceedings to Open Malbone Street. FREDERICK W. HOTTENROTH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

In the Matter of the Probate of Heirship of JOHN BUTLER, Deceased. WILLIAM H. BUTLER, Appellant; JOHN JOHNSON BUTLER and Another, Respondents.— Decree of the Surrogate's Court of Westchester county affirmed, with costs against the petitioner. No opinion. Mills, Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

SARA MANN, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

JOHN D. OLIVIA, Respondent, v. HENRY TAYLOR, Appellant, and CARRIE MULLER, Defendant.— Judgment and order of the County Court of Orange county reversed, and complaint unanimously dismissed, with costs, on the ground that on the undisputed evidence plaintiff's driver was guilty of contributory negligence as a matter of law. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.